ACCEPTED
15-25-00064-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/9/2025 1:37 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00064-CV

IN THE FIFTEENTH COURT OF APPEALS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/9/2025 1:37:18 PM
CHRISTOPHER A. PRINE
Clerk

TEXAS STATE BOARD OF SOCIAL WORKER EXAMINERS, ET AL.,

*Appellants,*

v.

KATHERIN YOUNIACUTT AND TAMMY THOMPSON,

*Appellees.*

Appeal from the 345th Judicial District Court of Travis County, Texas
Trial Case No. D-1-GN-24-009236

**UNOPPOSED MOTION OF RESIDENT ATTORNEY
IN SUPPORT OF JAMES T. KNIGHT II'S
MOTION FOR ADMISSION *PRO HAC VICE***

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Arif Panju, and files this Unopposed Motion of Resident Attorney in Support of James T. Knight II's Motion for Admission *Pro Hac Vice* to appear before the Court pursuant to Rule XIX of the Rules Governing Admission to the Bar of Texas.

1. I am associated with James T. Knight II in this case.

2.	James T. Knight II is a reputable attorney, who is licensed and in good standing with the bar of the District of Columbia, and I recommend that the Court permit him to appear before the Court in this case.

For the foregoing reasons, I respectfully request the Court grant James T. Knight II's Motion for Admission *Pro Hac Vice* and permit him to appear before the Court until the conclusion of this case.

Dated: May 9, 2025.                    Respectfully submitted,


/s/ Arif Panju

Arif Panju (TX Bar No. 24070380)
Institute for Justice
816 Congress Avenue, Suite 970
Austin, TX 78701
Tel.: (512) 480-5936
apanju@ij.org

*Attorney for Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2025 a true and correct copy of the foregoing motion was filed with the Clerk of Court and served in compliance with the Texas Rules of Appellate Procedure via the Court's electronic filing system on the following counsel of record:

Beth Klusmann
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1914
Fax: (512) 474-2697
Beth.Klusmann@oag.texas.gov

***Counsel for Appellants***

/s/ Arif Panju
Arif Panju

## CERTIFICATE OF CONFERENCE

As required by Texas Rules of Appellate Procedure 10.1(a)(5), I certify to the Court that I conferred with opposing counsel on May 9, 2025 about the merits of this motion and opposing counsel has indicated that she does not oppose the motion.

/s/ Arif Panju
Arif Panju

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Arif Panju on behalf of Arif Panju
Bar No. 24070380
apanju@ij.org
Envelope ID: 100655970
Filing Code Description: Motion
Filing Description: Verified Motion for Pro Hac Vice of J. Knight
Status as of 5/9/2025 1:51 PM CST

Associated Case Party: Katherin Youniacutt and Tammy Thompson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Arif Panju | 24070380 | apanju@ij.org | 5/9/2025 1:37:18 PM | SENT |
| James T. Knight II | | jknight@ij.org | 5/9/2025 1:37:18 PM | SENT |

Associated Case Party: Texas State Board of Social Workers Examiners, et al.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Ramsey | 24051227 | John.Ramsey@oag.texas.gov | 5/9/2025 1:37:18 PM | SENT |
| Beth Klusmann | | beth.klusmann@oag.texas.gov | 5/9/2025 1:37:18 PM | SENT |
| Ali Thorburn | 24125064 | ali.thorburn@oag.texas.gov | 5/9/2025 1:37:18 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 5/9/2025 1:37:18 PM | SENT |
| Ashlynn Acosta | | aacosta@ij.org | 5/9/2025 1:37:18 PM | SENT |
| Andrew Ward | | andrew.ward@ij.org | 5/9/2025 1:37:18 PM | SENT |
| Claire Purple | | cpurple@ij.org | 5/9/2025 1:37:18 PM | SENT |